JOHN W. LEONARD, ADMINISTRATOR AD PROSEQUEN-
DUM OF ESTATE OF TIMOTHY P. LEONARD, DE-
CEASED, PLAINTIFF-RESPONDENT, v. MICHAEL CAC-
CIOPPOLI AND TONEY CACCIOPPOLI, DEFENDANTS-
APPELLANTS.

Submitted November 5, 1925—Decided April 29, 1926.

On appeal from a judgment of the Hudson Circuit.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the appellant, *William George.*

For the respondents, *O'Brien & Tartalsky.*

PER CURIAM.

This is an appeal from a judgment of the Hudson County
Circuit Court in favor of respondent.

The grounds for reversal are that the trial court erred in
refusing to nonsuit and direct a verdict in favor of appel-
lants upon the ground that no negligence had been estab-
lished as against them.

There was evidence, however, of such negligence, and,
therefore, it was not error to refuse to nonsuit or direct a
verdict.

The judgment below is affirmed.